**FILED**

MAR 25 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DENNIS RAY BARNETT,

Plaintiff,

vs.

KNOWLES, WARDEN; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

Defendant.

CASE NO. CV 08 1604 RMW (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, DENNIS RAY BARNETT, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ✗  No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: $.18/hour    Net: $.09/hour

Employer: Inmate in C.D.C.

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____   - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  JAMES LIQUEUR STORE, AND ALSO THIS ONE TO GOODWILL
5  CO, MINIMUM WAGES $3.00 OR $4.00 DOLLARS I CAN'T REMEMBER I THINK IT WAS
6  1979 AND 1982. I AM SORRY I CAN'T REMEMBER PLEASE FORGIVE ME.

7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9      a.  Business, Profession or              Yes ___ No _X_
10         self employment
11     b.  Income from stocks, bonds,           Yes ___ No _X_
12         or royalties?
13     c.  Rent payments?                       Yes ___ No _X_
14     d.  Pensions, annuities, or              Yes ___ No _X_
15         life insurance payments?
16     e.  Federal or State welfare payments,   Yes ___ No _X_
17         Social Security or other govern-
18         ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21          N/A. NONE.
22  _____

23  3.     Are you married?                     Yes ___ No _X_
24  Spouse's Full Name: NONE
25  Spouse's Place of Employment: NONE
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ NONE                  Net $ NONE
28  4.     a.  List amount you contribute to your spouse's support: $ NONE

1  b. List the persons other than your spouse who are dependent upon you for
2  support and indicate how much you contribute toward their support. (NOTE:
3  For minor children, list only their initials and ages. DO NOT INCLUDE
4  THEIR NAMES.).
5  NONE

7  5. Do you own or are you buying a home?    Yes ___ No X
8  Estimated Market Value: $ 0    Amount of Mortgage: $ 0
9  6. Do you own an automobile?    Yes ___ No X
10  Make 0    Year 0    Model 0
11  Is it financed? Yes ___ No X    If so, Total due: $ 0
12  Monthly Payment: $ 0
13  7. Do you have a bank account? Yes ___ No X (Do not include account numbers.)
14  Name(s) and address(es) of bank: N/A

16  Present balance(s): $ NONE
17  Do you own any cash? Yes ___ No X  Amount: $
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.) Yes ___ No X

21  8. What are your monthly expenses?
22  Rent: $ NONE    Utilities: NONE
23  Food: $ NONE    Clothing: NONE
24  Charge Accounts:
25  Name of Account    Monthly Payment    Total Owed on This Acct.
26  NONE    $ 0    $ 0
27  NONE    $ 0    $ 0
28  NONE    $ 0    $ 0    9. Do

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do <u>not</u> include account numbers.)
3  __NONE__
4  _____
5  10.    Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?    Yes ____    No _X_
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  __NONE__
10 _____

11      I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

16 _MARCH 02, 2008_        _Denning Ray Barth_
17        DATE                    SIGNATURE OF APPLICANT

Case Number: 199321

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of BARNETT, DENNIS for the last six months at

[prisoner name]

CMF where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 8.93 and the average balance in the prisoner's account each month for the most recent 6-month period was $ 11.54.

Dated: 3-7-08                                                                M. Scoula

[Authorized officer of the institution]

Case Number: 199321

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of BARNETT, DENNIS for the last six months at

[prisoner name]

CMF _____ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 8.93 and the average balance in the prisoner's account each month for the most recent 6-month period was $ 11.54.

Dated: 3-7-08                      M. Scala
                                   [Authorized officer of the institution]

- 5 -

```
REPORT ID: TS3030  .701                              REPORT DATE: 03/07/08
                                                     PAGE NO:         1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         CALIFORNIA MEDICAL FACILITY
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: OCT. 07, 2007 THRU MAR. 07, 2008

ACCOUNT NUMBER  : C77539                BED/CELL NUMBER: MIP100000000112L
ACCOUNT NAME    : BARNETT, DENNIS RAY     ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                            TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE   DESCRIPTION    COMMENT       CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE

10/07/2007    BEGINNING BALANCE                                                   22.73

10/11 W425  DONATION-A A   1028POPEYE                              21.25           1.48
10/25 W515  COPY CHARGE    1158/COPY                                0.60           0.88
11/06*VD54  INMATE PAYROL  1236OCT149              10.05                          10.93
12/03 W515  COPY CHARGE    1443/COPY                                4.80           6.13
12/05*VD54  INMATE PAYROL  1484NOV125               9.95                          16.08
12/13 FC02  DRAW-FAC 2     1565/CMF#2                              16.08           0.00
   ACTIVITY FOR 2008
01/08*VD54  INMATE PAYROL  1684DEC103              11.62                          11.62
01/08 W515  COPY CHARGE    1694/COPY                                4.50           7.12
01/28 W415  CASH WITHDRAW  1872/CKREQ 298364452                     7.12           0.00
02/06*VD54  INMATE PAYROL  1960JAN115              12.15                          12.15
03/04 W502  POSTAGE CHARG  2158/PSTGE                               1.31          10.84
03/05*VD54  INMATE PAYROL  2162/FEB47               9.81                          20.65
03/06 W536  COPAY CHARGE   2186/02-21                               5.00          15.65


                         * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 10/24/95                  CASE NUMBER: 176225
COUNTY CODE: SCL                          FINE AMOUNT: $      500.00

  DATE       TRANS.    DESCRIPTION                    TRANS. AMT.    BALANCE

10/07/2007   BEGINNING BALANCE                                        112.75

11/06/07     VR54     RESTITUTION DEDUCTION-SUPPORT    11.16-         101.59
12/05/07     VR54     RESTITUTION DEDUCTION-SUPPORT    11.05-          90.54
01/08/08     VR54     RESTITUTION DEDUCTION-SUPPORT    12.89-          77.65
02/06/08     VR54     RESTITUTION DEDUCTION-SUPPORT    13.50-          64.15
03/05/08     VR54     RESTITUTION DEDUCTION-SUPPORT    10.89-          53.26
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3-7-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE

REPORT ID: TS3030 .701                                          REPORT DATE: 03/07/08
                                                                PAGE NO:        2

CALIFORNIA MEDICAL FACILITY
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: OCT. 07, 2007 THRU MAR. 07, 2008

ACCT: C77539        ACCT NAME: BARNETT, DENNIS RAY              ACCT TYPE: I

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 22.73 | 53.58 | 60.66 | 15.65 | 0.00 | 0.00 |

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3-7-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
   TRUST OFFICE

CURRENT
AVAILABLE
BALANCE

15.65

```
REPORT ID: TS3030  .701                              REPORT DATE: 03/07/08
                                                     PAGE NO:         1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         CALIFORNIA MEDICAL FACILITY
                        INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

               FOR THE PERIOD: OCT. 07, 2007 THRU MAR. 07, 2008

ACCOUNT NUMBER : C77539              BED/CELL NUMBER: MIP100000000112L
ACCOUNT NAME   : BARNETT, DENNIS RAY       ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                            TRUST ACCOUNT ACTIVITY
         TRAN
DATE     CODE   DESCRIPTION    COMMENT      CHECK NUM   DEPOSITS  WITHDRAWALS  BALANCE

10/07/2007    BEGINNING BALANCE                                                22.73

10/11 W425 DONATION-A A   1028POPEYE                              21.25         1.48
10/25 W515 COPY CHARGE    1158/COPY                                0.60         0.88
11/06*VD54 INMATE PAYROL  1236OCT149                  10.05                    10.93
12/03 W515 COPY CHARGE    1443/COPY                                4.80         6.13
12/05*VD54 INMATE PAYROL  1484NOV125                   9.95                    16.08
12/13 FC02 DRAW-FAC 2     1565/CMF#2                              16.08         0.00
   ACTIVITY FOR 2008
01/08*VD54 INMATE PAYROL  1684DEC103                  11.62                    11.62
01/08 W515 COPY CHARGE    1694/COPY                                4.50         7.12
01/28 W415 CASH WITHDRAW  1872/CKREQ 298364452                     7.12         0.00
02/06*VD54 INMATE PAYROL  1960JAN115                  12.15                    12.15
03/04 W502 POSTAGE CHARG  2158/PSTGE                               1.31        10.84
03/05*VD54 INMATE PAYROL  2162/FEB47                   9.81                    20.65
03/06 W536 COPAY CHARGE   2186/02-21                               5.00        15.65


                      * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 10/24/95                       CASE NUMBER: 176225
COUNTY CODE: SCL                               FINE AMOUNT: $    500.00

   DATE      TRANS.   DESCRIPTION                  TRANS. AMT.    BALANCE

10/07/2007   BEGINNING BALANCE                                    112.75

11/06/07     VR54     RESTITUTION DEDUCTION-SUPPORT    11.16-     101.59
12/05/07     VR54     RESTITUTION DEDUCTION-SUPPORT    11.05-      90.54
01/08/08     VR54     RESTITUTION DEDUCTION-SUPPORT    12.89-      77.65
02/06/08     VR54     RESTITUTION DEDUCTION-SUPPORT    13.50-      64.15
03/05/08     VR54     RESTITUTION DEDUCTION-SUPPORT    10.89-      53.26
```



THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 3-7-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY ~M. Jones~
TRUST OFFICE

```
REPORT ID: TS3030  .701                              REPORT DATE: 03/07/08
                                                     PAGE NO:         2
                       CALIFORNIA MEDICAL FACILITY
                       INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: OCT. 07, 2007 THRU MAR. 07, 2008

ACCT: C77539        ACCT NAME: BARNETT, DENNIS RAY         ACCT TYPE: I
```

\* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT \*
\* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       \*

## TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 22.73 | 53.58 | 60.66 | 15.65 | 0.00 | 0.00 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 3-7-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
    TRUST OFFICE

CURRENT AVAILABLE BALANCE

15.65

```
REPORT ID: TS3030.701                                              REPORT DATE: 03/07/08
                                                                   PAGE NO:        1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                              CALIFORNIA MEDICAL FACILITY
                             INMATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: OCT. 07, 2007 THRU MAR. 07, 2008

ACCOUNT NUMBER : C77539                    BED/CELL NUMBER: MIP100000000112L
ACCOUNT NAME   : BARNETT, DENNIS RAY        ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                                 TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE  DESCRIPTION     COMMENT       CHECK NUM   DEPOSITS    WITHDRAWALS   BALANCE

10/07/2007    BEGINNING BALANCE                                                      22.73

10/11  W425  DONATION-A A    1028POPEYE                               21.25           1.48
10/25  W515  COPY CHARGE     1158/COPY                                 0.60           0.88
11/06 *VD54  INMATE PAYROL   1236OCT149                 10.05                        10.93
12/03  W515  COPY CHARGE     1443/COPY                                 4.80           6.13
12/05 *VD54  INMATE PAYROL   1484NOV125                  9.95                        16.08
12/13  FC02  DRAW-FAC 2      1565/CMF#2                               16.08           0.00
   ACTIVITY FOR 2008
01/08 *VD54  INMATE PAYROL   1684DEC103                 11.62                        11.62
01/08  W515  COPY CHARGE     1694/COPY                                 4.50           7.12
01/28  W415  CASH WITHDRAW   1872/CKREQ  298364452                     7.12           0.00
02/06 *VD54  INMATE PAYROL   1960JAN115                 12.15                        12.15
03/04  W502  POSTAGE CHARG   2158/PSTGE                                1.31          10.84
03/05 *VD54  INMATE PAYROL   2162/FEB47                  9.81                        20.65
03/06  W536  COPAY CHARGE    2186/02-21                                5.00          15.65


                         * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 10/24/95                        CASE NUMBER: 176225
COUNTY CODE: SCL                                FINE AMOUNT: $       500.00

   DATE       TRANS.    DESCRIPTION                       TRANS. AMT.      BALANCE


10/07/2007    BEGINNING BALANCE                                              112.75

11/06/07      VR54      RESTITUTION DEDUCTION-SUPPORT       11.16-           101.59
12/05/07      VR54      RESTITUTION DEDUCTION-SUPPORT       11.05-            90.54
01/08/08      VR54      RESTITUTION DEDUCTION-SUPPORT       12.89-            77.65
02/06/08      VR54      RESTITUTION DEDUCTION-SUPPORT       13.50-            64.15
03/05/08      VR54      RESTITUTION DEDUCTION-SUPPORT       10.89-            53.26
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3-7-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
   TRUST OFFICE

CALIFORNIA MEDICAL FACILITY
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: OCT. 07, 2007 THRU MAR. 07, 2008

ACCT: C77539        ACCT NAME: BARNETT, DENNIS RAY         ACCT TYPE: I

\* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT \*
\* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.        \*

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 22.73 | 53.58 | 60.66 | 15.65 | 0.00 | 0.00 |



THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 3-7-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

CURRENT
AVAILABLE
BALANCE
----------
15.65

# INMATE REQUEST FOR INTERVIEW

To: TRUST OFFICE                                                    Date: February 27, 2008

From: BARNETT, DENNIS    C-77539    P#12-Lower (WAT-E) P-Wing    P#12-Lower
      (Last Name)         (Number)   (Housing)                    (Bed Number)

Work Assignment: MAIN Kitchen Butcher Shop    Job Hours 07:45 A.M.    To 15:15 P.M.

Other Assignment: N/A    From ___    To ___
                 (School, Therapy, etc.)

Kindly explain in detail your reason for requesting this interview. You will be called in for an interview in the near future if the matter cannot be handled by correspondence. Unless your problem is stated clearly, this form will be returned.

Please I need a true and correct copy of my Trust Account Statement showing transactions of for the last (6) six months. I want to send a copy of my Trust Account Statement to the Federal Court to pay for the Court Filing Fee please Thank you. Pleas Trust Office please do this as soon as possible and sending to the Law Library as soon as possible please Thank you Backside Turn over

(Do Not write below this line. If more space is required, write on back.)

Interviewed By: ___    Date: ___

Disposition: ___

GA-22

I have a COURT DEADLINE AND it expired on April 1, 2008 please I am asking you to do this ~~~~ AS A FAVOR FOR me please to RUSH this request please ~~~ THANK YOU again I DO APPRECIATE this help in this matter