```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA
```

**FILED**
MAR 2 4 2008
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DENNIS RAY BARNETT

V.

KNOWLES, WARDEN; CALIFORNIA DEPARTMENT OF CORRECTIONS AND Rehabilitation

CASE NO.:

PROOF OF SERVICE

I, the undersigned, hereby certify that I am over the age of eighteen years and am not a party to the above entitled action.

On **MARCH 02, 2008**, _____, I served a copy of **A Federal Petition For Writ of Habeas Corpus** [with superior court Petition for writ of Habeas was Denied All Level of the state petition level are Exhaustion of state court remedies.] by placing said copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail:

(List all person(s) served in this action.)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA; COURTHOUSE AND FEDERAL Building; Magistrate Judge Richard Seeborg**
**450 GOLDEN GATE AVENUE**
**SAN FRANCISCO, CA 94102**
**ATTN: TO: RICHARD W. WIEKING, CLERK OF COURT**

I declare, under the penalty of perjury, that the foregoing is true and correct.

DATED: **MARCH 02, 2008**

**DENNIS RAY BARNETT**
Declarant's printed name

*Dennis Ray Barnett*
Declarant's signature

USDC-PROOF-3

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):

DENNIS BARNETT,
CALIFORNIA MEDICAL FACILITY
P.O. BOX 2500 P112-Lower
VACAVILLE, CA 95696-2500

ATTORNEY FOR (Name):

NAME OF COURT: UNITED STATES DISTRICT COURT NORTHERN DISTRICT
STREET ADDRESS: 450 GOLDEN GATE AVENUE
MAILING ADDRESS:
CITY AND ZIP CODE: SAN FRANCISCO, CA 94102
BRANCH NAME: U.S. DIST. NORTHERN COURTHOUSE AND FEDERAL BUILDING

# CERTIFICATE OF SERVICE BY MAIL TO:

CASE NUMBER: 199321

COURT OF APPEAL NUMBER: H030334

YOU ARE HEREBY NOTIFIED THAT THE: A FEDERAL PETITION FOR WRIT OF HABEAS CORPUS. I am appealing a SUPERIOR COURT Petition for Writ of Habeas Corpus was Denied ALL LEVEL of the STATE PETITION Legal are exhaustion of state court remedies AND A MOTION FOR APPOINTMENT OF COUNSEL to be FILE with this FEDERAL PETITION FOR WRIT OF HABEAS CORPUS.

## CERTIFICATE OF MAILING

### CERTIFICATE OF MAILING

I certify that I am a party to this cause and that a true copy of the foregoing was mailed first class, postage prepaid, in a sealed envelope addressed as shown below, and that the mailing of the foregoing and execution of this certificate occurred at _____, California, on (date): MARCH 02, 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA;
COURTHOUSE AND FEDERAL BUILDING
MAGISTRATE JUDGE RICHARD SEEBORG
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

I declare, under the penalty of perjury, that the above is true and correct and that this declaration was executed on the 02 day of MARCH 02, 2008, at Vacaville, California.

CERTIFICATE Petitioner/Declarant  *Dennis Ray Barnett*
DENNIS RAY BARNETT

certify that the foregoing is a true and correct copy of the original on file