DENNIS RAY BARNETT  C/77539
CALIFORNIA MEDICAL FACILITY
P.O. BOX 2500  P/112LOWER
VACAVILLE) CA  95696  2500

     Petitioner, pro se



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| | ) Case No.: C08-1604 RMW |
| | ) |
| | ) MOTION FOR APPOINTMENT OF |
| DENNIS RAY BARNETT | ) COUNSEL |
| Petitioner, | ) |
| | ) |
| and | ) |
| KNOWLES, WARDEN, CALIFORNIA DEPARTMENT | ) |
| + OF CORRECTIONS AND REHABILITATION | ) |
| Respondent | ) |
| | ) |

MOTION FOR APPOINTMENT OF COUNSEL

In determining whether counsel should be appointed in a non-capital habeas case, the

court should evaluate the likelihood of success on the merits as well as petitioner's ability to

articulate his claims pro se. *Wilburn v. Escalderon*, 789 F.2d 1328 (9th Cir. 1986)

This Court has found sufficient possibility of merit in petitioner's claim to issue an order

to file a response. Petitioner is utterly untrained in the law; and has no ability to articulate his

claims pro se. He has relied up to this point on the pro bono assistance of friends and counsel in

the state appeal proceedings, and on his own uneducated judgment that nothing (until now) has

Motion for Appointment of Counsel

1

been required of him.  Now the court has ordered the respondent to answer showing cause why a writ of habeas corpus should not issue. Petitioner will not be able to file his responding papers without legal assistance and has  no funds with which to hire counsel.

Petitioner therefore request that counsel be appointed to assist him.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:, MARCH 02, 2008

DENNIS RAY BARNETT

Petitioner, pro se

Motion for Appointment of Counsel

2

## DECLARATION OF SERVICE

I  Dennis R. Barnett,  declare that  on the date  of  this declaration  I served  the  following

documents:

MOTION FOR APPOINTMENT OF COUNSEL IN FEDERAL Petition For WRit of
Habeas corpus In determining whether counsel should be appointed in a non-capital
habeas case

on each of the  below named  person(s),  by placing  a  true  copy  thereof  enclosed in  a  sealed  envelope

with  postage  fully  prepaid,  in  the  United  States  Mails,  at  the  facility  where  I  am  incarcerated,

addressed  as follows:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Philip E. BURTON COURTHOUSE AND FEDERAL
BUILDING
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

I,  Dennis R. Barnett,  declare  under  penalty  of  perjury  that  the  foregoing  is  true  and  correct

and that this  declaration  was  executed at the  California  Medical  Facility  in  Vacaville,  CA  on

MARCH  02, 2008          200_8_

Dennis Ray Barnett

Dennis R. Barnett   C—77539

Pro Per,  Petitioner,  Appellant