|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | **FILED** |
| NORTHERN DISTRICT OF CALIFORNIA | MAR 24 2008 |
| | RICHARD W. WIEKING |
| | CLERK U.S. DISTRICT COURT |
| | NORTHERN DISTRICT OF CALIFORNIA |

DENNIS RAY BARNETT, )
                    )   CASE No. C08-1604 RMW
V.                  )
                    )   PROOF OF SERVICE
KNOWLESS, WARDEN; CALIFORNIA DEPARTMENT )
OF CORRECTIONS AND REHABILITATION )
                    )
                    )
_____)

I, the undersigned, hereby certify that I am over the age of eighteen years and am not a party to the above entitled action.

On MARCH 02, 2008, I served a copy of MOTION FOR APPOINTMENT OF COUNSEL TO BE FILE WITH THIS FEDERAL PETITION FOR WRIT OF HABEAS CORPUS by placing said copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail:

(List all person(s) served in this action.)

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA; COURTHOUSE AND FEDERAL BUILDING; MAGISTRATE JUDGE RICHARD SEEBORG
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
ATTEN TO: RICHARD W. WIEKING, CLERK OF COURT

I declare, under the penalty of perjury, that the foregoing is true and correct.

DATED: MARCH 02,                    Dennis Ray Barnett
                                     Declarant's signature
DENNIS RAY BARNETT
Declarant's printed name

USDC-PROOF-3

## VERIFICATION

STATE OF CALIFORNIA
                                ss:
COUNTY OF SOLANO

(C.C.P. § 446, § 2015, & 28 U.S.C. § 1746)

I, DENNIS RAY BARNETT [Name], declare under the penalty of perjury that: I have read the foregoing documents and know the contents therein and know them to be true to my knowledge and belief, except as to matters expressly denied or beyond my knowledge or belief, those of which I believe to be true unless expressly denied herein.

Executed this 02 day of MARCH, 2008, at California Medical Facility, Vacaville, California. 95696-2500.

[Signature] Dennis Ray Barnett
Declarant/Prisoner

*************************************************************

## PROOF OF SERVICE BY UNITED STATES MAIL
(C.C.P. § 1013(a) §2015; 28 U.S.C. § 1746)

I, DENNIS RAY BARNETT, am a resident at the California Medical Facility, in the County of Solano, State of California; I am over the age of eighteen (18) years, and am a party to the entitled action. My State Prison address is: P.O. BOX 2500 P12-LOW, Vacaville, California 95696-2500

On MARCH 02, 2008, I served the following documents on the party(s) listed hereunder:

MOTION FOR APPOINTMENT OF COUNSEL. IN FEDERAL Petition FOR WRIT OF Habeas CORPUS. In determining whether Counsel Should be APPOINTED in a non-CAPITAL habeas Case

[SET FORTH EXACT TITLE OF DOCUMENTS SERVED]

by placing a true copy(s) thereof, enclosed in a sealed envelope(s), with all postage fully prepaid, in the United States Mail, in the deposit box as provided at the California Medical Facility, Vacaville, California, 95696-2 00, addressed as follows:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Philip E. BURTON COURTHOUSE AND
FEDERAL BUILDING
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
ATTEN TO: Magistrate Judge: RICHARD SEEBORG
ATTEN TO: Richard W. Wieking, CLERK OF COURT

There is delivery service by United States Mail at the place so addressed and/or regular communications by mail between the place of mailing and the place so addressed. I declare under the penalty of perjury that the foregoing is true and correct.

DATED: MARCH 02, 2008

Dennis Ray Barnett
Declarant/Prisoner, APPELLANT, PRO-PER,
DENNIS R. BARNETT, C-77539
PETITIONER:

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State bar number, and address):<br>DENNIS BARNETT,<br>CALIFORNIA MEDICAL FACILITY<br>P.O. BOX 2500 P-112-LOWER<br>VACAVILLE, CA 95646-2500<br>ADDRESS (Optional):<br>ATTORNEY FOR (Name):<br>NAME OF COURT: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT<br>STREET ADDRESS: OF CALIFORNIA COURTHOUSE FEDERAL BUILDING<br>MAILING ADDRESS: 450 GOLDEN GATE AVENUE<br>CITY AND ZIP CODE: SAN FRANCISCO, CA 94102<br>BRANCH NAME: FEDERAL BUILDING NORTHERN DISTRICT COURT | |
| **CERTIFICATE OF SERVICE** BY MAIL TO: | CASE NUMBER: 199321<br>COURT OF APPEAL NUMBER:<br>H030334 |

YOU ARE HEREBY NOTIFIED THAT THE: MOTION FOR APPOINTMENT OF COUNSEL, IN FEDERAL PETITION FOR WRIT OF HABEAS CORPUS. In determining whether Counsel should be appointed in a non-capital Habeas case

**CERTIFICATE OF MAILING**

**CERTIFICATE OF MAILING**

I certify that I am a party to this cause and that a true copy of the foregoing was mailed first class, postage prepaid, in a sealed envelope addressed as shown below, and that the mailing of the foregoing and execution of this certificate occurred at , California,

on (date): MARCH 02, 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
ATTEN TO: Magistrate Judge RICHARD
SEEBORG, COURTHOUSE AND FEDERAL BUILDING
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
ATTEN TO: Magistrate Judge RICHARD SEEBORG

I declare, under the penalty of perjury, that the above is true and correct and that this declaration was executed on the 02 day of MARCH 02, 2008. at Vacaville, California.

CERTIFICATE Petitioner/Declarant DENNIS RAY BARNETT

certify that the foregoing is a true and correct copy of the original on file

# DECLARATION OF SERVICE

I Dennis R. Barnett, declare that on the date of this declaration I served the following documents:

MOTION FOR APPOINTMENT OF COUNSEL IN FEDERAL PETITION FOR WRIT OF Habeas Corpus In determining whether counsel should be appointed in a non-capital habeas case

on each of the below named person(s), by placing a true copy thereof enclosed in a sealed envelope with postage fully prepaid, in the United States Mails, at the facility where I am incarcerated, addressed as follows:

```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Philip E. Burton Courthouse and Federal
Building
450 Golden Gate Avenue
SAN FRANCISCO, CA 94102
```

I, Dennis R. Barnett, declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at the California Medical Facility in Vacaville, CA on MARCH 02, 2008

*Dennis Ray Barnett*

Dennis R. Barnett  C-77539

Pro Per, Petitioner, Appellant