FILED

AUG - 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

July 27, 2008

Clerk of Courts;

Please accept this petition and file it for me for my little brother Dennis Barnett. His name, number and court case number is on the petition infront of Judge Ronald Whyte.

Thank you for your time

M. Barnett