BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone: (408) 291-7753

*E-FILED - 1/29/09*

Counsel for Petitioner DENNIS RAY BARNETT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DENNIS RAY BARNETT,<br><br>              Petitioner,<br>v.<br><br>MIKE KNOWLES, Warden, et al.<br><br>              Respondents. | No. C 08-01604 RMW<br><br>STIPULATION AND [] ORDER EXTENDING BRIEFING SCHEDULE ON RESPONDENT'S MOTION TO DISMISS |

**STIPULATION**

The parties hereby stipulate and agree that the currently set briefing schedule on the respondent's motion to dismiss may be extended to allow petitioner to file his opposition to respondent's motion on or before April 6, 2009.  The purpose of this request is to allow counsel time to obtain petitioner's inmate file and related medical and mental health records.  The parties further agree that respondent's optional reply brief may be filed on or before May 6, 2009.

Dated: January 14, 2009

_____/s/_____
GREGORY A. OTT
Deputy Attorney General

Dated: January 14, 2009

                        s/_____
                        CYNTHIA C. LIE
                        Assistant Federal Public Defender

### [] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the currently set briefing schedule on the respondent's motion to dismiss be extended to allow petitioner to file his opposition on or before April 6, 2009, with respondent's reply brief, if any, to be filed on or before May 6, 2009.

Dated: January 29, 2009

*Ronald M. Whyte*
_____
RONALD M. WHYTE
United States District Judge

Stipulation and [] Order Extending
Briefing Schedule
No. C 08-01604 RMW            2