BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone: (408) 291-7753

*E-FILED - 4/6/09*

Counsel for Petitioner DENNIS RAY BARNETT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DENNIS RAY BARNETT,<br><br>              Petitioner,<br><br>v.<br><br>MIKE KNOWLES, Warden, et al.<br><br>              Respondents. | No. C 08-01604 RMW<br><br>STIPULATION AND [ ] ORDER EXTENDING BRIEFING SCHEDULE ON RESPONDENT'S MOTION TO DISMISS |

**STIPULATION**

The parties hereby stipulate and agree that the currently set briefing schedule on respondents' motion to dismiss may be extended to allow petitioner additional time to file his opposition to respondents' motion. The current due date for petitioner's opposition brief is April 6, 2009. As of the date of this stipulation, the parties have not yet received a copy of petitioner's inmate file from the Department of Corrections and Rehabilitation due to the voluminous amount of material contained in the file. The parties anticipate that a copy of the inmate file will be provided within the next two weeks for their review. The purpose of this extension request is to allow petitioner's counsel further time to obtain the inmate file, review the voluminous records, and conduct any further investigation in order to prepare the opposition brief. The parties agree

1  on the following briefing schedule: petitioner shall file his opposition to respondents' motion to
2  dismiss on or before July 6, 2009.  Respondents may file an optional reply brief on or before
3  August 21, 2009.

5  Dated: April 1, 2009

6  ___/s/_____
   GREGORY A. OTT
7  Deputy Attorney General

9  Dated: April 1, 2009

10  ___/s/_____
    CYNTHIA C. LIE
11  Assistant Federal Public Defender

### [] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the currently set briefing schedule on the respondent's motion to dismiss be extended to allow petitioner to file his opposition on or before July 6, 2009, with respondent's reply brief, if any, to be filed on or before August 21, 2009.

Dated: April _6_, 2009

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge