BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone: (408) 291-7753

*E-FILED - 6/17/09*

Counsel for Petitioner DENNIS RAY BARNETT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DENNIS RAY BARNETT,<br><br>                              Petitioner,<br><br>v.<br><br>MIKE KNOWLES, Warden, et al.<br><br>                              Respondents. | No. C 08-01604 RMW<br><br>STIPULATION AND [] ORDER EXTENDING BRIEFING SCHEDULE ON RESPONDENT'S MOTION TO DISMISS |

**STIPULATION**

The parties hereby stipulate and agree that the currently set briefing schedule on respondents' motion to dismiss may be extended to allow petitioner additional time to file his opposition to respondents' motion. The current due date for petitioner's opposition brief is July 6, 2009. The purpose of this extension request is to allow petitioner's counsel additional time to meet with Mr. Barnett in order to prepare the opposition brief.

//

//

//

//

The parties agree on the following briefing schedule: petitioner shall file his opposition to respondents' motion to dismiss on or before August 10, 2009.  Respondents may file an optional reply brief on or before September 14, 2009.

Dated: June 11, 2009

                                              /s/_____
                                              GREGORY A. OTT
                                              Deputy Attorney General

Dated: June 11, 2009

                                              /s/_____
                                              CYNTHIA C. LIE
                                              Assistant Federal Public Defender

**[PROPOSED] ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the currently set briefing schedule on the respondent's motion to dismiss be extended to allow petitioner to file his opposition on or before August 10, 2009, with respondent's reply brief, if any, to be filed on or before September 14, 2009.

Dated: June 17, 2009

                                              _/s/ Ronald M. Whyte_____
                                              RONALD M. WHYTE
                                              United States District Judge