1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone: (408) 291-7753        *E-FILED - 8/11/09*

5  Counsel for Petitioner DENNIS RAY BARNETT

6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                        SAN JOSE DIVISION

10 DENNIS RAY BARNETT,           )   No. C 08-01604 RMW
                                 )
11                               )   STIPULATION AND []
              Petitioner,        )   ORDER EXTENDING BRIEFING
12 v.                            )   SCHEDULE ON RESPONDENT'S
                                 )   MOTION TO DISMISS
13                               )
   MIKE KNOWLES, Warden, et al.  )
14                               )
              Respondents.       )
15 _____)

16

17                         **STIPULATION**

18    The parties hereby stipulate and agree that the currently set briefing schedule on

19 respondents' motion to dismiss may be extended to allow petitioner additional time to file his

20 opposition to respondents' motion.  The current due date for petitioner's opposition brief is

21 August 10, 2009.  The purpose of this extension request is to allow petitioner's counsel

22 additional time to prepare the opposition brief.

23 //

24 //

25 //

26 //

Stipulation and [] Order Extending
Briefing Schedule
No. C 08-01604 RMW            1

1  The parties agree on the following briefing schedule: petitioner shall file his opposition to
2  respondents' motion to dismiss on or before September 10, 2009.  Respondents may file an
3  optional reply brief on or before October 15, 2009.

5  Dated: July 22, 2009

6                             \_\_/s/_____
7                             GREGORY A. OTT
                           Deputy Attorney General

9  Dated: July 22, 2009

10                            \_\_/s/_____
                           CYNTHIA C. LIE
11                            Assistant Federal Public Defender

**[] ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the currently set briefing schedule on the respondent's motion to dismiss be extended to allow petitioner to file his opposition on or before September 10, 2009, with respondent's reply brief, if any, to be filed on or before October 15, 2009.

Dated: August 11, 2009  *Ronald M. Whyte*
                               _____
                               RONALD M. WHYTE
                               United States District Judge