```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  CYNTHIA C. LIE
    Assistant Federal Public Defender
 3  160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
 4  Telephone: (408) 291-7753                    *E-FILED - 9/11/09*

 5  Counsel for Petitioner DENNIS RAY BARNETT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| DENNIS RAY BARNETT, | ) | No. C 08-01604 RMW |
| | ) | |
| Petitioner, | ) | STIPULATION AND [] |
| | ) | ORDER EXTENDING BRIEFING |
| v. | ) | SCHEDULE ON RESPONDENT'S |
| | ) | MOTION TO DISMISS |
| MIKE KNOWLES, Warden, et al. | ) | |
| | ) | |
| Respondents. | ) | |

**STIPULATION**

The parties hereby stipulate and agree that the currently set briefing schedule on respondents' motion to dismiss may be extended to allow petitioner additional time to file his opposition to respondents' motion. The current due date for petitioner's opposition brief is September 10, 2009. The purpose of this extension request is to allow petitioner's counsel time to conduct further investigation and to obtain and review additional records relevant to petitioner's opposition briefing.

//

//


1  The parties agree on the following briefing schedule: petitioner shall file his opposition to
2  respondents' motion to dismiss on or before November 9, 2009.  Respondents may file an
3  optional reply brief on or before December 15, 2009.
4  Dated: September 4, 2009

5      /s/_____
6  GREGORY A. OTT
   Deputy Attorney General

7  Dated: September 4, 2009

8      /s/_____
9  CYNTHIA C. LIE
   Assistant Federal Public Defender

## [] ORDER

13  Good cause appearing and by stipulation of the parties, it is hereby ordered that the
14  currently set briefing schedule on the respondent's motion to dismiss be extended to allow
15  petitioner to file his opposition on or before November 9, 2009, with respondent's reply brief, if
16  any, to be filed on or before December 15, 2009.

17
18  Dated: September 11, 2009     *Ronald M. Whyte*
                                          _____
19                                           RONALD M. WHYTE
                                         United States District Judge