*E-FILED - 9/30/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DENNIS RAY BARNETT, | ) | No. C 08-1604 RMW (PR) |
| | ) | |
| Petitioner, | ) | ORDER DENYING MOTION TO |
| | ) | COMPEL LIBRARY ACCESS |
| vs. | ) | |
| | ) | (Docket No. 24) |
| | ) | |
| KNOWLES, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

Petitioner, a state prisoner proceeding pro se, filed a motion to compel library access. However, since he has now been appointed counsel, the motion appears moot. Therefore, it is denied without prejudice.

DATED: 9/30/09

Ronald M Whyte

_____
RONALD M. WHYTE
United States District Judge

ORDER DENYING MOTION TO COMPEL
08-01604

1