BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone: (408) 291-7753

***E-FILED - 9/30/09***

Counsel for Petitioner DENNIS RAY BARNETT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DENNIS RAY BARNETT,<br><br>                    Petitioner,<br><br>v.<br><br>MIKE KNOWLES, Warden, et al.<br><br>                    Respondents. | No. C 08-01604 RMW<br><br>[] ORDER GRANTING PETITIONER'S UNOPPOSED MOTION FOR DISCOVERY OF PETITIONER'S INMATE FILE AND MEDICAL AND MENTAL HEALTH RECORDS |

Good cause appearing pursuant to Rule 6(a) of the Federal Rules Governing Section 2254 Cases, 28 U.S.C. foll. § 2254, it is hereby ordered that respondents, by and through counsel, shall provide to counsel for petitioner a complete copy of the following documents and records maintained by the California Department of Corrections and Rehabilitation regarding petitioner Dennis Ray Barnett, CDC No. C77539:

1. Petitioner's inmate file, or "C-file," including but not limited to records of disciplinary actions and complaints; visiting records; counseling reports and attendance records; education and/or training reports and attendance records; records of inmate work assignments;

2. Petitioner's medical records, including but not limited to records of observation and treatment of petitioner while in CDCR custody, and records obtained by CDCR of petitioner's prior treatment in other medical or penal institutions;

3. Petitioner's mental health records, including but not limited to records of observation and treatment of petitioner while in CDCR custody, records obtained by CDCR of prior mental health treatment in other medical or penal institutions or by other medical or mental health providers, and reports regarding petitioner's mental and/or developmental issues maintained by CDCR irrespective of source.

It is so ordered.

Dated: September 30, 2009

*Ronald M. Whyte*
———————————————
RONALD M. WHYTE
United States District Judge