IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DENNIS RAY BARNETT,**<br><br>　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**MIKE KNOWLES, Warden,**<br><br>　　　　　　　　　　　Respondent. | Case No. C 08-1604 RMW (PR)<br><br>**ORDER** |

GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until January 19, 2010, to file his reply to the opposition to the motion to dismiss the petition for writ of habeas corpus as untimely.

Dated: _____1/6/10_____

*Ronald M. Whyte*
The Honorable Ronald M. Whyte