**E-FILED on**    3/31/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DENNIS RAY BARNETT,<br><br>        Petitioner,<br><br>   v.<br><br>WARDEN KNOWLES, et al.<br><br>        Respondents. | No. C-08-01604 RMW<br><br>JUDGMENT |

On March 31, 2010, the court dismissed petitioner's application for a writ of habeas corpus as untimely. Therefore, it is hereby ordered that judgment be entered in favor of respondents and that petitioner is not entitled to any relief by way of his petition.

DATED:     3/31/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-08-01604 RMW
CCL

**Notice of this document has been electronically sent to:**

**Counsel for Petitioner:**

Cynthia Chin Young Lie    cynthia_lie@fd.org

**Counsel for Respondents:**

Gregory A. Ott    gregory.ott@doj.ca.gov

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**    3/31/10

CCL
**Chambers of Judge Whyte**