STEVEN G. KALAR
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone: (408) 291-7753

Counsel for Petitioner DENNIS RAY BARNETT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| DENNIS RAY BARNETT, | ) | No. C 08-01604 RMW |
| | ) | |
| Petitioner, | ) | FURTHER STIPULATION AND |
| | ) | [] ORDER EXTENDING |
| v. | ) | BRIEFING SCHEDULE AND HEARING |
| | ) | ON RESPONDENT'S MOTION TO |
| | ) | DISMISS |
| VIMAL SINGH, Warden, et al. | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

**STIPULATION**

The parties hereby stipulate and agree that the current briefing schedule on respondents' motion to dismiss may be extended to allow petitioner additional time to file his opposition to respondents' motion. The current due date for petitioner's opposition brief is April 22, 2013. The purpose of this extension request is to allow petitioner's counsel additional time to research and prepare the opposition brief which addresses an issue not previously raised in this matter.

The parties agree on the following briefing schedule: petitioner shall file his opposition to respondents' motion to dismiss on or before May 29, 2013. Respondents may file an optional reply brief on or before June 21, 2013.

///

Stipulation and [] Order Extending
Briefing Schedule
No. C 08-01604 RMW                               1

1  The parties request that the motion hearing date set for May 17, 2013 be rescheduled to July 19,
2  2013 at 9:00 a.m.

4  Dated:  April 16, 2013

\_\_/s/_____
GREGORY A. OTT
Deputy Attorney General

8  Dated: April 16, 2013

\_\_/s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender

## [] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the current briefing schedule on the respondents' motion to dismiss be extended to allow petitioner to file his opposition on or before May 29, 2013, with respondents' reply brief, if any, to be filed on or before June 21, 2013.  The motion hearing set for May 17, 2013 at 9:00 a.m. shall be vacated and rescheduled to July 19, 2013 at 9:00 a.m.

Dated: _____

_____
RONALD M. WHYTE
United States District Judge